02-12-312-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00312-CV 

 

 


 
 
 In the Interest of T.W.H., the Child
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE 158th
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Motion To Dismiss.”  It is
the court=s opinion that the motion should be
granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

 

                                                                             PER
CURIAM

PANEL: 
GARDNER,
MCCOY, and MEIER, JJ. 


 

DELIVERED:
 September 13, 2012









[1]See Tex. R. App. P. 47.4.